[No. 70054-5-I.   Division One.   August 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW BLAIR SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-1-01108-0, Deborra Garrett, J., entered February 25, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Becker and Cox, JJ.

[No. 70309-9-I.   Division One.   August 25, 2014.]

RALMA EHLERT, *Individually and as Personal Representative*, ET AL., *Appellants*, v. BRAND INSULATIONS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-2-02889-1, Deborra Garrett, J., entered April 19, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Dwyer, J.

[Nos. 70310-2-I; 70311-1-I.   Division One.   August 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIZABETH ANNE EWING, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, Nos. 12-1-02207-5 and 13-1-00304-4, Michael T. Downes, J., entered April 18, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Schindler, JJ.